USDC SCAN INDEX SHEET










JMJ    8/16/06    14:40

3:06-CR-01806   USA V. PIRTLE

*1*

*CRINDI.*

```
                                              FILED

                                          06 AUG 15 PM 4:14

                                          CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                          BY:        W            DEPUTY
```



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2006 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal Case No. 06CR 1806 W |
|---|---|
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 26, U.S.C., Sec. 7201 - Tax Evasion |
| STERLING WAYNE PIRTLE (1), RONALD ALLEN FISHER (2), MARK EDWARD FISHER (3), KELLY MICHELLE FISHER-BUH (4), | ) |
| Defendants. | ) |

The grand jury charges:

### Introductory Allegations

1. At all times material herein unless otherwise noted:

#### Background

a. Defendant STERLING WAYNE PIRTLE was a United States citizen who resided in Las Vegas, Nevada.

b. Defendant RONALD ALLEN FISHER was a United States citizen who resided in San Diego County, California.

c. Defendant MARK EDWARD FISHER was a United States citizen who resided in San Diego County, California.

KWH:nlv:San Diego
8/15/06

1

        d.    Defendant KELLY MICHELLE FISHER-BUH was a United States citizen who resided in San Diego County, California.

        e.    During calendar years 1999, 2000, and 2001, each of the defendants received substantial sums of money from the operation of a corporation named Commercial Money Center, Inc. (hereinafter "CMC"). CMC was a Nevada corporation registered to do business in the state of California, with its principal place of business in Escondido, California. Defendants STERLING WAYNE PIRTLE and RONALD ALLEN FISHER founded CMC in 1997, with defendant STERLING WAYNE PIRTLE serving as the president of CMC, defendant RONALD ALLEN FISHER as the secretary and treasurer, and defendant MARK EDWARD FISHER as the chief operating officer. Before declaring bankruptcy in 2002, CMC obtained approximately $300 million dollars in income from its sale of sub-prime leases to financial institutions.

2.    During the relevant period, the following defendants received income, and/or held assets and property, in the names of the following nominees:

        a.    Defendant STERLING WAYNE PIRTLE through Capital Markets Corp., Sterling Trust, Capital Leasing Corp., and FSBO Inc.;

        b.    Defendant RONALD ALLEN FISHER through Capital Markets Corp., Edward Allen Trust, and Care-Med Centers., Inc.;

        c.    Defendant MARK EDWARD FISHER through Stegie, Inc.;

        d.    Defendant KELLY MICHELLE FISHER-BUH through Stegie, Inc.

3.    Introductory Allegations paragraphs 1 through 2 are alleged in each of the following Counts of the Indictment as though fully set forth therein.

//

**TAX EVASION - 26 U.S.C. § 7201**

(Count 1 - Defendant STERLING WAYNE PIRTLE)

From on or about January 1, 1999, up to and through August 15, 2000, within the Southern District of California, and elsewhere, defendant STERLING WAYNE PIRTLE did willfully attempt to evade and defeat individual income taxes due and owing by him to the United States of America for the calendar year 1999, by committing various affirmative acts of evasion, including filing a false United States Individual Income Tax Return for calendar year 1999 wherein he fraudulently reported only $36,000 in taxable income, utilizing trusts, concealing assets and income by maintaining bank accounts in nominee names, and receiving income in a nominee name.

All in violation of Title 26, United States Code, Section 7201.

**TAX EVASION - 26 U.S.C. § 7201**

(Count 2 - Defendant STERLING WAYNE PIRTLE)

From on or about January 1, 2000, up to and through January 19, 2002, within the Southern District of California, and elsewhere, defendant STERLING WAYNE PIRTLE did willfully attempt to evade and defeat individual income taxes due and owing by him to the United States of America for the calendar year 2000, by committing various affirmative acts of evasion, including filing a false United States Individual Income Tax Return for tax year 2000 wherein he fraudulently reported only $31,700 in taxable income, utilizing trusts, concealing assets and income by maintaining bank accounts in nominee names, and receiving income in a nominee name.

All in violation of Title 26, United States Code, Section 7201.

//

//

## TAX EVASION - 26 U.S.C. § 7201

(Count 3 - Defendant STERLING WAYNE PIRTLE)

From on or about January 1, 2001, up to and through April 15, 2002, within the Southern District of California, and elsewhere, defendant STERLING WAYNE PIRTLE did willfully attempt to evade and defeat individual income taxes due and owing by him to the United States of America for the calendar year 2001, by failing to file a United States Individual Income Tax Return despite earning income of sufficient amount to require the filing of an individual income tax return, and by committing various affirmative acts of evasion, including utilizing trusts, concealing assets and income by maintaining bank accounts in nominee names, and receiving income in a nominee name.

All in violation of Title 26, United States Code, Section 7201.

## TAX EVASION - 26 U.S.C. § 7201

(Count 4 - Defendant RONALD ALLEN FISHER)

From on or about January 1, 1999, up to and through April 15, 2000, within the Southern District of California, and elsewhere, defendant RONALD ALLEN FISHER did willfully attempt to evade and defeat individual income taxes due and owing by him to the United States of America for the calendar year 1999, by failing to file a United States Individual Income Tax Return despite earning income of sufficient amount to require the filing of an individual income tax return, and by committing various affirmative acts of evasion, including filing an extension for calendar year 1999 falsely

//
//
//

1 | indicating that he had no income taxes due, utilizing trusts,
2 | concealing assets and income by maintaining bank accounts in nominee
3 | names, and receiving income in a nominee name.
4 | All in violation of Title 26, United States Code, Section 7201.

## TAX EVASION - 26 U.S.C. § 7201

(Count 5 - RONALD ALLEN FISHER)

7 | From on or about January 1, 2000, up to and through April 15,
8 | 2001, within the Southern District of California, and elsewhere,
9 | defendant RONALD ALLEN FISHER did willfully attempt to evade and
10 | defeat individual income taxes due and owing by him to the United
11 | States of America for the calendar year 2000, by failing to file a
12 | United States Individual Income Tax Return despite earning income of
13 | sufficient amount to require the filing of an individual income tax
14 | return, and by committing various affirmative acts of evasion,
15 | including filing an extension for calendar year 2000 falsely
16 | indicating that he had no income taxes due, utilizing trusts,
17 | concealing assets and income by maintaining bank accounts in nominee
18 | names, and receiving income in a nominee name.
19 | All in violation of Title 26, United States Code, Section 7201.

## TAX EVASION - 26 U.S.C. § 7201

(Count 6 - Defendant RONALD ALLEN FISHER)

22 | From on or about January 1, 2001, up to and through April 15,
23 | 2002, within the Southern District of California, and elsewhere,
24 | defendant RONALD ALLEN FISHER did willfully attempt to evade and
25 | defeat individual income taxes due and owing by him to the United
26 | States of America for the calendar year 2001, by failing to file a
27 | United States Individual Income Tax Return despite earning income of
28 | sufficient amount to require the filing of an individual income tax

1  return, and by committing various affirmative acts of evasion,
2  including filing an extension for calendar year 2001 falsely
3  indicating that he had no income taxes due, utilizing trusts,
4  concealing assets and income by maintaining bank accounts in nominee
5  names, and receiving income in a nominee name.
6  All in violation of Title 26, United States Code, Section 7201.

**TAX EVASION - 26 U.S.C. § 7201**

(Count 7 - Defendant MARK EDWARD FISHER)

9  From on or about January 1, 1999, up to and through April 15,
10 2000, within the Southern District of California, and elsewhere,
11 defendant MARK EDWARD FISHER did willfully attempt to evade and defeat
12 individual income taxes due and owing by him to the United States of
13 America for the calendar year 1999, by failing to file a United States
14 Individual Income Tax Return despite earning income of sufficient
15 amount to require the filing of an individual income tax return, and
16 by committing various affirmative acts of evasion, including filing
17 an extension for calendar year 1999 falsely indicating his amount of
18 income taxes due, concealing assets and income by maintaining bank
19 accounts in nominee names, and receiving income in a nominee name.
20 All in violation of Title 26, United States Code, Section 7201.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**TAX EVASION - 26 U.S.C. § 7201**

(Count 8 - Defendant MARK EDWARD FISHER)

From on or about January 1, 2000, up to and through April 15, 2001, within the Southern District of California, and elsewhere, defendant MARK EDWARD FISHER did willfully attempt to evade and defeat individual income taxes due and owing by him to the United States of America for the calendar year 2000, by failing to file a United States Individual Income Tax Return despite earning income of sufficient amount to require the filing of an individual income tax return, and by committing various affirmative acts of evasion, including filing an extension for calendar year 2000 falsely indicating his amount of income taxes due, concealing assets and income by maintaining bank accounts in nominee names, and receiving income in a nominee name. All in violation of Title 26, United States Code, Section 7201.

**TAX EVASION - 26 U.S.C. § 7201**

(Count 9 - Defendant MARK EDWARD FISHER)

From on or about January 1, 2001, up to and through April 15, 2002, within the Southern District of California, and elsewhere, defendant MARK EDWARD FISHER did willfully attempt to evade and defeat individual income taxes due and owing by him to the United States of America for the calendar year 2001, by failing to file a United States Individual Income Tax Return despite earning income of sufficient amount to require the filing of an individual income tax return, and by committing various affirmative acts of evasion, including filing an extension for calendar year 2001 falsely indicating his amount of income taxes due, concealing assets and income by maintaining bank accounts in nominee names, and receiving income in a nominee name. All in violation of Title 26, United States Code, Section 7201.

**TAX EVASION - 26 U.S.C. § 7201**

(Count 10 - Defendant KELLY MICHELLE FISHER-BUH)

From on or about January 1, 1999, up to and through April 15, 2000, within the Southern District of California, and elsewhere, defendant KELLY MICHELLE FISHER-BUH did willfully attempt to evade and defeat individual income taxes due and owing by her to the United States of America for the calendar year 1999, by committing various affirmative acts of evasion, including filing a false United States Individual Income Tax Return for tax year 1999 wherein she fraudulently reported only $30,408 in taxable income, concealing assets and income by maintaining bank accounts in nominee names, and receiving income in a nominee name.

All in violation of Title 26, United States Code, Section 7201.

**TAX EVASION - 26 U.S.C. § 7201**

(Count 11 - Defendant KELLY MICHELLE FISHER-BUH)

From on or about January 1, 2000, up to and through April 15, 2001, within the Southern District of California, and elsewhere, defendant KELLY MICHELLE FISHER-BUH did willfully attempt to evade and defeat individual income taxes due and owing by her to the United States of America for the calendar year 2000, by committing various affirmative acts of evasion, including filing a false United States Individual Income Tax Return for tax year 2000 wherein she fraudulently reported only $61,429 in taxable income, concealing assets and income by maintaining bank accounts in nominee names, and receiving income in a nominee name.

All in violation of Title 26, United States Code, Section 7201.

//

//

**TAX EVASION - 26 U.S.C. § 7201**

(Count 12 - Defendant KELLY MICHELLE FISHER-BUH)

From on or about January 1, 2001, up to and through April 15, 2002, within the Southern District of California, and elsewhere, defendant KELLY MICHELLE FISHER-BUH did willfully attempt to evade and defeat individual income taxes due and owing by her to the United States of America for the calendar year 2001, by failing to file a United States Individual Income Tax Return despite earning income of sufficient amount to require the filing of an individual income tax return, and by committing various affirmative acts of evasion, including concealing assets and income by maintaining bank accounts in nominee names, and receiving income in a nominee name.

All in violation of Title 26, United States Code, Section 7201.

DATED: August 15, 2006.

A TRUE BILL:

_____
Foreperson

CAROL C. LAM
United States Attorney

By: _____
KYLE W. HOFFMAN
Assistant U.S. Attorney

9