PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED

06 SEP 12 AM 9:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

 DEPUTY

U. S. A. vs. FISHER, MARK EDWARD                 Docket No. 06CR1806-W-003

### Petition for Modification on Conditions of Pretrial Release

Comes now Jennifer Gordon Pretrial Services Officer presenting an official report upon the conduct of defendant FISHER, MARK EDWARD who was placed under pretrial release supervision by the Honorable Nita L. Stormes sitting in the court at San Diego, on the 31st day of August, 2006, under the following conditions:

Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; and not possess any firearm or other dangerous weapon or explosive device.

RESPECTFULLY PRESENTING PETITION FOR MODIFICATION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

*1. The defendant is required to travel to the Central District of California for work purposes and family gatherings.*

*PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S TRAVEL RESTRICTIONS BE MODIFIED TO INCLUDE THE CENTRAL DISTRICT OF CALIFORNIA WITH PRIOR APPROVAL FROM PRETRIAL SERVICES.*

### ORDER OF COURT

Considered and ordered this ___7TH___ day of September, 2006 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Thomas J. Whelan

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __9/6/06__

Respectfully,

_____
Jennifer Gordon, U.S. Pretrial Services Officer

Place __San Diego, California__

Date __September 6, 2006__